# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**TAMMIE COLEEN WILSON**                                                                 **PLAINTIFF**

**v.**                        **NO. 4:16CV00027 JLH/PSH**

**CAROLYN W. COLVIN,**
**Acting Commissioner,**
**Social Security Administration**                                                     **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Tammie Coleen Wilson's Complaint (Doc. No. 2) is DISMISSED with prejudice.

DATED this 15th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE